IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD DONALD CLARK                                                         PLAINTIFF

v.                                      3:08CV00052HLJ

TIM CAVENESS, et al.                                                        DEFENDANTS

JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 30th day of October, 2008.

_____
United States Magistrate Judge